UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BRYAN WILLIAMS,

   Petitioner,

v.                                        Case No. 8:07-cv-1521-T-23TBM

SECRETARY, Department of Corrections,

   Respondent.
_____/

## ORDER

Williams's motion (Doc. 13) is **GRANTED** to the extent that it seeks an extension of time to file a reply and a copy of the docket sheet. The clerk shall send to Williams a copy of the docket sheet. Williams has until Monday, March 10, 2008, to file his reply. The motion (Doc. 13) is **DENIED** to the extent that it requests discovery, transcripts, and the appointment of counsel.[*]

ORDERED in Tampa, Florida, on ___December 21st___, 2007.

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

---

[*] The respondent represents (Doc. 15) that he provided Williams with a copy of each exhibit filed in support of the response (Doc. 12).